Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. VERN E. OVER**

'07 JUN 12 P3:00

**Docket No. 01-00120-001**

### Petition on Supervised Release

CLERK
U.S. DISTRICT COURT

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of VERN E. OVER, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 3rd day of January 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- The defendant shall pay any restitution at the rate of not less than 10 percent of his monthly gross income, or in any event, a nominal amount of not less than $50 per month.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.
- The defendant shall notify the United States Attorney for this district within 30 days of any change in his mailing address or resident address that occurs while any portion of restitution remains unpaid.
- The defendant shall pay $229,500 in restitution to the United States Bankruptcy Court for the Western District of Pennsylvania.
- The defendant shall pay a special assessment of $100.

<u>01-03-03</u>:     Ct. 1: Concealment of Assets and Ct. 2: Bankruptcy Fraud; 21 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release, at each count to be served concurrently.
<u>08-27-04</u>:     Released to supervision; Currently supervised by U. S. Probation Officer David J. Conde

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

      Your Petitioner reports that Mr. Over was ordered by the Court to pay $229,500 in restitution to the United States Bankruptcy Court for the Western District of Pennsylvania. The rate of payment of restitution is 10 percent of the releasee's gross monthly income, or nominally, $50 per month. Mr. Over has paid $6,174 as of June 8, 2007. A balance of $223,326 remains. Mr. Over has been gainfully employed and has adequately adhered to the payment schedule established in this case. At this time, Mr. Over does not have the ability to pay the balance of the restitution in full by the expiration of his term of supervised release on August 26, 2007. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

U.S.A. vs. VERN E. OVER
Docket No. 01-00120-00100
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 01-00120-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| ORDER OF COURT<br><br>Considered and ordered this 19th day of June, 2007 and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on   June 12, 2007<br><br>_____<br>David J. Conde<br>U.S. Probation Officer<br><br>_____<br>Gerald R. Buban<br>Supervising U.S. Probation Officer<br><br>Place:   Erie, PA |